Robert E. Boone III, California Bar No. 132780
James C. Pettis, California Bar No. 223953
Alfred Shaumyan, California Bar No. 266908
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
reboone@bryancave.com
james.pettis@bryancave.com
alfred.shaumyan@bryancave.com

Ronald A. McIntire, California Bar No. 127407
Bo W. Kim, California Bar No. 217394
**PERKINS COIE LLP**
188 Century Park E., Suite 1700
Los Angeles, California 90067-1721
Telephone:  (310) 788-9900
Facsimile:  (310) 788-3399
RMcIntire@perkinscoie.com
BKim@perkinscoie.com

Attorneys for Defendant
THE BOEING COMPANY (individually and as successor by merger to McDonnell Douglas Corporation)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD LIVINGSTON**, and **PATRICIA ANN LIVINGSTON**,<br><br>            Plaintiffs,<br><br>vs.<br><br>**3M COMPANY**, et al.,<br><br>            Defendants. | Case No. 2:12-cv-01220-SVW-DTBx<br><br>**[PROPOSED] ORDER GRANTING THE BOEING COMPANY'S MOTION TO DISMISS**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>[Filed with Motion to Dismiss]<br><br>Date:       April 16, 2012<br>Time:      1:30 p.m.<br>Courtroom:6 |

# [PROPOSED] ORDER

The Boeing Company's (individually and as successor by merger to McDonnell Douglas Corporation) Motion to Dismiss Gerald and Ann Livingston's Complaint, came on for hearing before this Court, the Honorable Stephen V. Wilson presiding, on April 16, 2012, at 1:30 p.m.

Having read and considered the Motion and all papers submitted by the parties in support thereof and in opposition thereto, and having heard and considered the oral argument of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in its entirety without leave to amend on the grounds that Plaintiffs' Complaint fails to state a claim upon which relief can be granted against Boeing; and

2. Plaintiffs' Complaint is dismissed against Boeing.

IT IS SO ORDERED.

Dated: _____

Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401.

On March 14, 2012, I served the foregoing document, described as **[PROPOSED] ORDER GRANTING THE BOEING COMPANY'S MOTION TO DISMISS** on each interested party in this action, as follows:

☒ (VIA ELECTRONIC SERVICE) The document was served via The United States District Court of California – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

☐ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY EXPRESS CARRIER) I deposited in a box or other facility maintained by FedEx, Overnite Express or other express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, for overnight delivery, with delivery fees paid or provided for. [To the designated parties noted on the service list.]

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on March 14, 2012, at Santa Monica, California.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jenny Cruz*
Jenny Cruz