# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN LIVINGSTON, individually and as personal representative of the estate of Gerald Livingston, DEBORAH SELBY, DOUGLAS LIVINGSTON, and DAVID LIVINGSTON,<br><br>Plaintiffs,<br><br>v.<br><br>ABB, INC., et al.,<br><br>Defendants. | Case No. 2:12-cv-01220-WGY (DTBx)<br><br>[PROPOSED] JUDGMENT |

Having read and considered all papers filed in support of and in opposition to the motion for summary judgment of defendant United Technologies Corporation, all admissible evidence filed in support of and in opposition to the motion, and argument of counsel, and a decision having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant United Technologies Corporation shall have judgment in its favor against plaintiffs Patricia Livingston, individually and as personal representative of the estate of Gerald Livingston; Deborah Selby; Douglas Livingston; and David Livingston ("plaintiffs") on

074908\000726\1068769

all claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs' claims against United Technologies Corporation are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs take nothing as to United Technologies Corporation and that United Technologies Corporation shall have its costs of suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there is no just reason for delay in entry of this final judgment against plaintiffs and in favor of United Technologies Corporation. Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure, the Court directs the Clerk of the Court enter this separate judgment in favor of United Technologies Corporation and against plaintiffs herein pursuant to Federal Rule of Civil Procedure 54 notwithstanding whether this action remains pending against other defendants.

DATED: July 11, 2015

*William M. Young*
Honorable William G. Young
United States District Court Judge