Gordon & Rees LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN LIVINGSTON, both individually and as personal representative of the Estate of Gerald Livingston, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al., <br><br> Defendants. | Case No.: 2:12-cv-01220-WGY (DTBx) <br><br> [PROPOSED] JUDGMENT ON DEFENDANT CURTISS-WRIGHT CORPORATION'S MOTION FOR SUMMARY JUDGMENT |

Having read and considered all papers filed in support of and in opposition to the motion for summary judgment of defendant Curtiss-Wright Corporation, all admissible evidence filed in support of an in opposition to the motion, and argument of counsel, and a decision having been duly rendered.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that defendant Curtiss-Wright Corporation shall have judgment in its favor against plaintiffs Patricia Livingston, individually and as personal representative of the

estate of Gerald Livingston, Deborah Selby; Douglas Livingston; and David Livingston ("plaintiffs") on all claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs' claims against Curtiss-Wright Corporation are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs take nothing as to Curtiss-Wright Corporation and that Curtiss-Wright Corporation shall have its costs of suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there is no just reason for delay in entry of this final judgment against plaintiffs and in favor of Curtiss-Wright Corporation. Finding that good cause exists for entry of separate judgment under Rule 54 of the Federal Rules of Civil Procedure, the Court directs the Clerk of the Court enter this separate judgment in favor of Curtiss-Wright Corporation and against plaintiffs herein pursuant to Federal Rule of Civil Procedure 54 notwithstanding whether this action remains pending against other defendants.

DATED: July 11, 2015

_William G. Young_
Honorable William G. Young
United States District Court Judge