# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN LIVINGSTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | CASE NO. 2:12-cv-01220-WGY-DTB <br><br> **JUDGMENT GRANTING DEFENDANT EATON CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CUTLER-HAMMER, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Having read and considered all papers filed in support of and in opposition to the motion for summary judgment of defendant Eaton Corporation, individually and as successor-in-interest to Cutler-Hammer, Inc. ("Eaton/Cutler-Hammer"), all admissible evidence filed in support of and in opposition to the motion, and arguments of counsel, the Court finds that:

1. There is no genuine issue of material fact that decedent Gerald Livingston ("Mr. Livingston") was exposed to asbestos-containing products manufactured, supplied, distributed or sold by Eaton/Cutler-Hammer;

1

[PROPOSED] JUDGMENT GRANTING DEFENDANT EATON CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CUTLER-HAMMER, INC.'S MOTION FOR SUMMARY JUDGMENT

2. There is no admissible evidence that Mr. Livingston was exposed to asbestos fibers released from any Eaton/Cutler-Hammer product in a manner that constituted a "substantial factor" in causing Mr. Livingston's disease; and

3. Defendant Eaton is therefore entitled to judgment as a matter of law.

Good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Defendant Eaton's Motion for Summary Judgment is granted;

2. Judgment shall be entered forthwith in favor of defendant Eaton and against plaintiffs Patricia Livingston, *et al.*; and

3. Defendant Eaton, as the prevailing party on the Complaint, shall recover its costs against plaintiffs.

DATED: October 14, 2015        By: /s/ William G. Young
                                    Judge William G. Young