MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
SCHNEIDER ELECTRIC USA, INC.
  f/k/a SQUARE D COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN LIVINGSTON, both individually and as personal representative of the estate of Gerald Livingston, DEBORAH SHELBY, DOUGLAS LIVINGSTON and DAVID LIVINSTON<br><br>                    Plaintiffs,<br><br>          vs.<br><br>ABB, INC. *et al.*<br><br>                    Defendants. | Case No. CV 12-01220 WGY(DTBx)<br><br>[~~PROPOSED~~] JUDGMENT |

# [~~PROPOSED~~] JUDGMENT

By Order of this Court, Schneider Electric USA, Inc.'s ("Square D's") Motion for Summary Judgment has been GRANTED in finding that the Plaintiffs' claims against Square D fail as matter of law as:

(1) Plaintiffs fail to establish a reasonable inference that the Square D encountered by decedent, Gerald Livingston, contained asbestos; and,

(2) Even if the products were shown to have contained asbestos, the Plaintiffs have not demonstrated that decedent would have been exposed to it in the course of his work.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment shall be, and hereby is, entered, dismissing Plaintiffs' claims against Square D in this action. Plaintiffs PATRICIA ANN LIVINGSTON, DEBORAH SHELBY, DOUGLAS LIVINGSTON and DAVID LIVINGSTON shall take nothing as to defendant Square D. By virtue of this judgment, Square D is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: December 21, 2015

_William G. Young_
HON. WILLIAM G. YOUNG

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: December 17, 2015 | K&L GATES LLP |
| 3 |  | By: */s/ Michele C. Barnes* |
|   |  | MICHELE C. BARNES (SBN 187239) |
| 4 |  | michele.barnes@klgates.com |
|   |  | **K&L GATES LLP** |
| 5 |  | Four Embarcadero Center, Suite 1200 |
|   |  | San Francisco, CA 94111 |
| 6 |  | Telephone: (415) 882-8200 |
|   |  | Facsimile:  (415) 882-8220 |
| 7 |  |  |
|   |  | Attorneys for Defendant |
| 8 |  | SCHNEIDER ELECTRIC USA, INC. |
|   |  |   f/k/a SQUARE D COMPANY. |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2015, I electronically filed the foregoing document, DOCUMENT TITLE, with the clerk of the court for the U.S. District Court, Central District of California using the electronic case filing system of the court in compliance with Local Rule 5-3.2.1. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accept this Notice as service of this document by electronic means.

A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

/s/ Michele C. Barnes